08-CV-05282-STIP

IN THE UNITED STATES DISTRICT COURT
FOR WESTERN WASHINGTON AT TACOMA

DONALD EMERY,, ET AL.,

Plaintiffs,

vs.

PIERCE COUNTY, et al.,

Defendants.

No. 3:08-CV-05282-FDB

STIPULATED MOTION AND ORDER
FOR CONTINUANCE OF TRIAL DATE

## I. STIPULATED MOTION

The parties in the above-entitled action hereby move this Honorable Court for a continuance of the present trial date of November 23, 2009, and request that trial be reset for the first available date the court has available after February 22, 2010. This Motion is sought not for delay, but due to conflicting schedules of the parties' experts, and conflicts with the trial calendars of counsel for the parties.

In the event the Court grants the requested continuance, the parties further request that an amended scheduling order be issued reflecting new pretrial deadlines in accordance with the new trial date assigned by the Court.

JOHN C. CAIN
ATTORNEY AT LAW
802 NORTH SECOND STREET
TACOMA, WA 98403
(253) 572-8338
FAX (253) 572-8460

RESPECTFULLY SUBMITTED this 27th day of May, 2009.


_See Attached_
Donald P. Emery, Plaintiff


_See Attached_
Frances E. Emery, Plaintiff


LAW OFFICE OF JOHN C. CAIN


By: _____
John C. Cain, WSBA # 16164
Attorney for Plaintiffs


LAW OFFICES OF DAVID C. SMITH, PLLC

By: _____
David Clement Smith, WSBA # 29824
Attorney for Plaintiffs


GERALD A. HORNE
Prosecuting Attorney

By: _____
P. Grace Kingman, WSBA # 16717
Deputy Prosecuting Attorney
Attorneys for Defendants

STIPULATED MOTION & ORDER FOR CONTINUANCE OF TRIAL DATE –
PAGE 2

JOHN C. CAIN
ATTORNEY AT LAW
802 NORTH SECOND STREET
TACOMA, WA 98403
(253) 572-8338
FAX (253) 572-8460

## II. ORDER

THIS MATTER having come before the court pursuant to the parties' Stipulated Motion and Order for Continuance of Trial Date, now therefore,

IT IS HEREBY ORDERED that the current trial date of November 23, 2009 is hereby stricken, and this case is reset for jury trial for ten (10) days, on __March 22__, 2010.

IT IS FURTHER ORDERED that the Court shall issue a Minute Order amended the pretrial deadlines in accordance with the new trial setting.

DATED this __2nd__ of ~~May~~ June, 2009.

HONORABLE FRANKLIN D. BURGESS

Presented by:

By: _____
John C. Cain, WSBA # 16164
Attorney for Plaintiffs

By: _____
David Clement Smith, WSBA # 29824
Attorney for Plaintiffs

By: _____
P. Grace Kingman, WSBA # 16717
Deputy Prosecuting Attorney
Attorneys for Defendants

STIPULATED MOTION & ORDER FOR CONTINUANCE OF TRIAL DATE —
PAGE 3

JOHN C. CAIN
ATTORNEY AT LAW
802 NORTH SECOND STREET
TACOMA, WA 98403
(253) 572-8338
FAX (253) 572-8460